Mr. Louis Anthony Manna
# 09211-050
FCI Fairton
P.O. Box 420
Fairton, New Jersey 08320

RECEIVED-CLERK
U.S. DISTRICT COURT

2005 OCT 24  P 3: 23

The Honorable Dickson R. Debevoise
United States District Court
The Martin Luther King Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark New Jersey 08320

October 20, 2005

Re: USA v. Manna 2:97-CV-2034

To The Honorable Judge Dickson R. Debevoise,

    After reading and re-reading the master log that is before the Court dated August 16, 2005, I finally realized that at tab # 11 there are eight crucial FOIA documents that were not placed in the log which are germane to my issue before this Court. I inadvertently left out these materials in my haste to present to the Court my filings for its' review. I apologize for any inconvenience.

Cc
Clerk of Court
U.S. Attorney, Newark NJ

Encl.
Tab 11 additions

Respectfully,

*Louis A Manna*
Mr. Louis Anthony Manna



FEDERAL BUREAU OF INVESTIGATION

1

Date of transcription __4/27/88__

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ was contacted ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Hoboken, New Jersey, concerning the activities of organized crime individuals at CASELLA'S RESTAURANT (owned by MARTY CASELLA).

▓▓▓▓▓▓▓▓▓▓▓ was advised by Special Agent (SA) ▓▓▓▓▓▓ that the FEDERAL BUREAU OF INVESTIGATION (FBI) was considering various focuses for their investigation into organized crime matters and that with winding down of the trial on JOHN DI GILIO, that the FBI was considering focusing its time and effort in Hoboken, New Jersey.

▓▓▓▓▓▓▓▓▓▓▓ advised he used to frequent CASELLA'S RESTAURANT ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ area as CASELLA'S RESTAURANT was one of the few nice places in Hoboken, New Jersey. ▓▓▓▓▓▓▓ advised that a friend advised him to stay away from this restaurant because of the type of people who frequented the place and that he ▓▓▓▓▓▓ did not want to be attainted by associating with those type people.

SA ▓▓▓▓▓▓ told ▓▓▓▓▓▓ that the FBI was not really interested in gambling type violations, but that the FBI was definitely interested in any organized crime activities and control that these type people had in a community. At this time, ▓▓▓▓▓▓ and SA ▓▓▓▓▓▓ engaged in a conversation about BOB MANNA and several gamblers who frequented the restaurant and that a gambler by the name of TOM SMITH (Phonetic) (PH), who was involved in the produce business, and another individual by the name of ▓▓▓▓▓▓ (PH), also frequented the restaurant.

SA ▓▓▓▓▓▓ advised that the telephone toll records have been subpoenaed from the restaurant and attends to ascertain, if any, organize crime type individuals were contacted and the telephone company had inadvertently notified CASELLA of the FBI's subpoenaing of the toll records for his restaurant.

67C
67D

Investigation on __3/16/88__ at __Hoboken, New Jersey__ File # __Newark 183A-329-23__

by SA ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓/caj Date dictated __4/15/88__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

NK 183A-329

Continuation of interview of ▓▓▓▓▓▓▓▓▓▓ 3/16/88 , Page 2

▓▓▓▓▓▓ stated he did not know about any organized crime affiliations of the restaurant other then BOB MANNA stopping by the restaurnat once in a while and that he had observed MANNA sitting in a backroom area on a couple of occasions. ▓▓▓▓▓▓ was advised that the NEW JERSEY STATE POLICE (NJSP) and the FBI were doing spot surveillances of the restaurant and attempts to determine the scope of organized crime activities being conducted there.

▓▓▓▓▓▓ stated he would check on the restaurant to see if it was a good target for an organized crime type investigation and recontact SA ▓▓▓▓▓▓.

b7C
b7D

SA ▓▓▓▓▓▓ asked SA ▓▓▓▓▓▓ for a business card and subsequently gave him a card and a telephone number on it.

SA ▓▓▓▓▓▓ returned to the office at approximately 11:30 AM. SA ▓▓▓▓▓▓ called the Newark FBI office to verify that SA ▓▓▓▓▓▓ was indeed an agent and that ▓▓▓▓▓▓ called on two occasions and on the second one spoke to SA ▓▓▓▓▓▓ personally. At this time, ▓▓▓▓▓▓ was told again that the FBI was interested in viable targets and that the FBI was mainly concerned in known organized crime type activities. ▓▓▓▓▓▓ advised he has an individual who frequents the restaurant and will attempt to determine if there is any organized crime activities being conducted at the restaurant and who might be involved in it. ▓▓▓▓▓▓ advised ▓▓▓▓▓▓ if he developed any positive information, he would immediately recontact SA ▓▓▓▓▓▓.

SA ▓▓▓▓▓▓ noted that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

FD-302 (REV...)

FEDERAL BUREAU OF INVESTIGATION

Date of transcription __8/18/87__

1

    At approximately 6:20 PM, automobiles bearing the following New Jersey license plates were observed on Jackson Street and First Street, in the vicinity of CASELLA'S RESTAURANT, 615 First Street, Hoboken, New Jersey:

    ▮▮▮ (on Jackson Street)
    ▮▮▮ (on Jackson Street)
    481-ZUB (on Jackson Street) ✓
    ▮▮▮ (on Jackson Street)
    ▮▮▮ (on Jackson Street)
    BPO-482 (on Jackson Street)
    ▮▮▮ (on First Street)
    ▮▮▮ (on First Street)
    ZNZ-707 (on Jackson Street)

ALL b7C

    At approximately 6:56 PM, an automobile bearing New Jersey license plate ▮▮▮ was observed parked at the curb adjacent to CASELLA'S RESTAURANT on Jackson Street, Hoboken, New Jersey.

    A computerized inquiry into New Jersey Department of Motor Vehicles records provided the following registration data pertaining to the above-listed license plates:



481-ZUB
1988 Lincoln, white
T.F. PRODUCE, INC.
6515 Boulevard East
West New York, New Jersey

Investigation on __8/5/87__ at __Hoboken, New Jersey__  File # __Newark 183A-329__

by __SA ▮▮▮__  Date dictated __8/6/87__

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

3:20p - Jackson St. - vicinity of Casino's

8/5/87

████████████ ████████████████
                Jersey City
                ████████████████
████████ ████████████████████

7©    481 ZUB      T. E. Produce, Inc.
                      6515 Blvd East
                      W. New York, NJ.
                      87 Lincoln

████████████ ████████████████
                Jersey City, NJ
                ████████████████
████████ ████████████████
                Hoboken, NJ
                ████████████████

BPOH8Z      BMW Leasing Corp
              600 Mart Rd.
              Barrington, ILL.
              87 BMW 4dr. Black

Record Request
FD-325

Date __11/17/88__

☐ Birth  ☐ Credit  ☐ Criminal  ☐ Death  ☐ INS  ☐ Marriage*  ☐ Motor Vehicle  ☒ Other __corp.__
☐ Driver's License                                                                       __check__

To __JA ▓▓▓▓▓▓▓▓▓▓ / TRA__           Buded __b7C__

Return to __SA ▓▓▓▓▓▓▓▓▓▓__          File number __183A-329-22__
                                     (ref. Casella's FISUR/ELSUR)

Name and aliases of subject, applicant, or employee, and spouse

__T.F. PRODUCE, INC.__

Addresses
  Residence _____
  Business __6515 BOULEVARD EAST     WEST NEW YORK, N.J.__
  Former _____

* Date and place of marriage (if applicable) _____

| Race | Sex ☐ Male ☐ Female | Age | Height | Weight | Hair | Eyes |
|------|---------------------|-----|--------|--------|------|------|

Birth date _____   Birthplace _____   **XEROX SENT TO** ▓▓▓ 1/9/89   __b2__

Arrest Number _____   Fingerprint classification _____   Criminal specialty _____

Specific information desired                                            Social Security Number

__corporate officers / incorporators (annual reports)__
Results of check                __1985 - 88__

__On 11/28/88, NJ Secretary of State,__                                              __b7K__
__Corporate Records, W. Trenton, NJ__
__furnished JA ▓▓▓▓▓▓▓▓▓▓__
__with the__
__attached__     SEARCHED___  INDEXED___
__information__  SERIALIZED___  FILED___        __b2__
                 NOV 17 1988
                 FBI — NEWARK
                                 tag         __b7C__

                                              TRA  JHH

                                              ▓▓▓▓▓▓  __Dw__

                                              ▓▓▓▓▓▓  __M__

(Use reverse side, if necessary)

NJ

MAKE ▓▓ YR ▓▓ SERIAL ▓▓▓▓▓▓▓▓

WT.CL.7,COLOR ▓▓▓   ,BODY 4,CODE P

STATUS


PLATE NO. 481ZUB            EXP.JAN 89

T F PRODUCE INC*

6515 BLVD EAST              W NW YORK     NJ

MAKE LIN,YR 88,SERIAL 1LNBM83F6JY641714

WT.CL.8,COLOR WH   ,BODY 4,CODE P

STATUS

b7C


PLATE NO. ▓▓▓▓▓▓            EXP.JAN 89

▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓                  JERSEY CITY   NJ

MAKE ▓▓ YR ▓▓ SERIAL ▓▓▓▓▓▓▓▓

WT.CL.7,COLOR ▓▓▓   ,BODY 2,CODE P

STATUS

S-5778-74066-10244

Thomas F. Smith

408 1DD
78 Cad, 4Dr    Cola: NY?    45 Laurence Ave
                            Keansburg NJ
Rg 4p 1/81                  DOB 10-4-24
Titled 5-4-78               Eyes Blue
                            181-200 d
                            5'11"
Fmr plate: 920EUY           DL exp 2/81

Engl: Jack M. Berry + Co.  } 2/79
      1580 Lemoine Ave.    } 2/76
      Fort Lee NJ

5/14/80          b7C
SE ████████

Record Request
FD-125 (Rev. 1-30-75)

① c#4 Rotor

Date __4/11/80__

☐ Birth  ☐ Credit  ☐ Criminal  ☐ Death  ☐ INS  ☐ Marriage*  ☑ Motor Vehicle  ☐ Other ____
☐ Driver's License

To ~~SA~~ TRENTON PA

Buded

② Return to (SA ~~████████████~~) b7c

File number __183-329__

Name and aliases of subject, applicant, or employee, and spouse

Addresses
Residence ____
Business ____
Former __N.J. LICENSE 428 IDD__

* Date and place of marriage (if applicable) ____

| Race | Sex ☐ Male ☐ Female | Age | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| Birth date | Birthplace |
|---|---|
|  |  |

| Arrest Number | Fingerprint classification | Criminal specialty |
|---|---|---|
|  |  |  |

Specific information desired | Social Security Number

TO WHOM IS ABOVE VEHICLE REGISTERED

Results of check 4-9-81
11/81

428 IDD (T-9)
1978 Cad, 4dr, my deville
6D69 S8E666479
Issued 5/9/78 @
Weehawken
purchase price $4000.00
8 miles
lien - Hudson United Bk
4716 Broadway
Union City
purchased from REGAL OLDS
4300 Kennedy Blvd Union City

dup plate for 920 EVY
THOMAS F SMITH
45 LAWRENCE Ave Keansburg
dob - 10/10/24
still titled to SMITH

Leo ???
9. V. S.
4-14-80

183-329-114

APR 14 1980

b7c   SSRA TRA W

(Use reverse side, if necessary)

FBI/DOJ